479 A.2d 1120

Commonwealth v. Fagan, Appellant.

Submitted October 7, 1983. Martha Aleo, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Judgment of sentence affirmed.

BROSKY, J., filed a concurring memorandum.